JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN R. KAGLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RESOCORE ASSET MANAGEMENT INC. and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No. 5:20-cv-00326-RSWL-SP<br><br>**ORDER ON NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

　　　Plaintiff, RYAN R. KAGLE, having filed with this Court Notice of Dismissal as to Defendant EQUIFAX INFORMATION SERVICES LLC and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The action against EQUIFAX INFORMATION SERVICES LLC is hereby dismissed with prejudice.

As no defendants remain, the clerk shall close this action.

DATED: 4/28/2020

　　　　　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1